IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| vs. | * | No. 4:97CR00004 SWW |
| | * | |
| FREDERICK COOPER | * | |
| | * | |
| | * | |

## ORDER

The Court held a status hearing on February 12, 2010, on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The Court hereby directs defendant's counsel to inform the Court on or before March 12, 2010, whether defendant prefers that a hearing on the motion be held before or after the United States Supreme Court issues its ruling in *Dillon v. United States*. The Court also directs the defendant's counsel to inform the Court by March 12, 2010, of the nature of the evidence defendant intends to present in support of his motion for reduction of sentence. As stated at the hearing, the Court will request a report from the Bureau of Prisons as to defendant's behavior while incarcerated and rely on such report in ruling on the motion.

SO ORDERED this 17th day of February, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE